UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PALM ISLAND WATER TAXI,
INC., as owner of a 26-foot Old Port
Launch Passenger Vessel
CLERMONT bearing Hull
Identification Number
OMX260875E98,

 Petitioner,

v.           Case No.:  2:22-cv-191-SPC-KCD

UNKNOWN CLAIMANTS,

 Defendant.
_____/

### ORDER[1]

Before the Court is the parties' Joint Motion to Stay Petitioner's Petition for Exoneration From or Limitation of Liability. (Doc. 33).  In this maritime case, Petitioner Palm Island Water Taxi, Inc. ("Palm Island") filed a petition for limitation of liability.  Only one claimant, Tina Adams, filed a claim.  No other claimants appeared.  The parties agree that Adams is entitled to prosecute her case in state court if the parties stipulate that Palm Island's

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

federal limitation action is protected, which they do. So the Court grants the parties' Joint Motion.

Accordingly, it is now

**ORDERED:**

1. The parties' Joint Motion to Stay Petitioner's Petition for Exoneration From or Limitation of Liability (Doc. 33) is **GRANTED**.

2. The Court approves and adopts the parties' stipulations (Doc. 33) and incorporates them by reference in this Order.

3. This case is **STAYED** pending resolution of the state-court action.

4. The parties must **FILE** a joint status report on the progress of the state-court action **on June 2, 2023**, and every **six (6) months** thereafter.

5. Within **seven (7) days** of the state-court action resolving, the parties must **FILE** a notice saying as much and indicating whether further proceedings are necessary here.

6. The Clerk is **DIRECTED** to **ADD** a stay flag on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida on December 2, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record